690

(114 So. 925)

J. D. SELLERS v. STATE. (1 Div. 740.) Court of Appeals of Alabama. Nov. 22, 1927.

Claude A. Grayson, Judge.

SAMFORD, J. Affirmed.

(118 So. 926)

McArner SHERMAN v. STATE. (5 Div. 726.) Court of Appeals of Alabama. Nov. 27, 1928.

George F. Smoot, Judge.

BRICKEN, P. J. Appeal dismissed.

(118 So. 926)

Jane SIBLEY v. Mrs. Pegram PARTRIDGE, etc. (6 Div. 404.) Court of Appeals of Alabama. Nov. 30, 1928.

John Denson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 925)

Jones SIBLEY v. STATE. (2 Div. 389.) Court of Appeals of Alabama. Nov. 8, 1927.

Thos. E. Knight, Judge. Distilling.

RICE, J. Affirmed.

(112 So. 925)

Voine SIMMONS, for Use of J. N. RUSSELL, v. J. W. GOFF. (4 Div. 270.) Court of Appeals of Alabama. March 31, 1927. W. L. Parks, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(115 So. 925)

Jordan SIMS v. CITY of ANNISTON. (7 Div. 369.) Court of Appeals of Alabama. Jan. 12, 1928.

R. B. Carr, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(112 So. 925)

Roscoe SMALLEY v. CITY of TUSCALOO-SA. (6 Div. 182.) Court of Appeals of Alabama. May 10, 1927.

Henry B. Foster, Judge.

SAMFORD, J. Appeal dismissed.

(112 So. 925)

Roscoe SMALLEY v. CITY of TUSCALOO-SA. (6 Div. 183.) Court of Appeals of Alabama. May 10, 1927.

Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

(118 So. 926)

Arthur SMITH v. STATE. (8 Div. 730.) Court of Appeals of Alabama. Nov. 27, 1928.

Chas. P. Almon, Judge. Stell & Quillin, of Russellville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Reversed and remanded.

(116 So. 926)

Ausie SMITH v. STATE. (7 Div. 315.) Court of Appeals of Alabama. April 3, 1928.

R. B. Carr, Judge. Violating prohibition law.

RICE, J. Affirmed.

(112 So. 925)

E. A. SMITH v. STATE. (6 Div. 188.) Court of Appeals of Alabama. May 10, 1927.

H. P. Heflin, Judge. Forgery.

SAMFORD, J. Affirmed.

(112 So. 925)

E. A. SMITH v. STATE. (6 Div. 187.). Court of Appeals of Alabama. May 10, 1927.

H. P. Heflin, Judge.

BRICKEN, P. J. The charge by indictment against this appellant, defendant below, was forgery in the second degree. He was convicted as charged, and from the judgment of conviction this appeal was taken. There is no bill of exceptions; the appeal here is upon the record proper. The record is without error apparent thereon; therefore the judgment of conviction in the circuit court will stand affirmed. Affirmed.

(111 So. 926)

Lee SMITH v. STATE. (8 Div. 477.) (Court of Appeals of Alabama. Feb. 1, 1927.) W. W. Haralson, Judge.

BRICKEN, P. J. Appeal dismissed.

(115 So. 925)

Lum SMITH v. STATE. (7 Div. 316.) Court of Appeals of Alabama. Jan. 17, 1928.

R. B. Carr, Judge.

SAMFORD, J. Affirmed.

(118 So. 926)

O. T. SMITH v. STATE. (5 Div. 723.) Court of Appeals of Alabama. Nov. 27, 1928.

S. L. Brewer, Judge.

BRICKEN, P. J. Appeal dismissed.